IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:00CR355 |
| v. | ) | |
| | ) | |
| JOSE DE JESUS QUEZADA-NERI, | ) | |
| ANGELICA QUEZADA, and | ) | ORDER |
| DIONICIO LABRA, | ) | |
| | ) | |
| Defendants. | ) | |

    IT IS ORDERED that the plaintiff's motion to dismiss second superceding indictment as to Jose De Jesus Quezada-Neri, Angelica Quezada and Dionicio Labra (filing 202) is granted.

July 20, 2007.                              BY THE COURT:

                                                    *s/ Richard G. Kopf*
                                                    United States District Judge